Mitchell ARNALL, Appellant,

v.

STATE of Missouri, Respondent.

ED 104423

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 16, 2017

Lisa M. Stroup, 1010 Market Street, Ste. 1100, St. Louis, MO 63101, for appellant.

Dora A. Fichter, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Mitchell Arnall ("Movant") appeals from the denial, after an evidentiary hearing, of his Rule 24.035 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

Muhammed WATSON, Appellant,

v.

STATE of Missouri, Respondent.

ED 104418

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 16, 2017

Andrew E. Zleit, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Mary H. Moore, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Muhammed Watson ("Movant") appeals from the denial, without an evidentiary hearing, of his Rule 24.035 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).